IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

    Plaintiff,

v.

DR. SYED, et al.

    Defendants.

ORDER

Case No. 16-cv-694-bbc

On October 21, 2016, I entered an order in this case directing plaintiff Donta Jenkins to submit by November 14, 2016, an initial partial payment of the filing fee in the amount of $89.08. Now plaintiff has filed a letter, dkt. #6, stating that he "wrote to the prison business office and submitted all [his] documents," but has not received a response from business office staff. Plaintiff requests that the court send him another copy of the order so that plaintiff "can be sure that [the] filing fee is paid in the above case." I construe plaintiff's letter as a request for an extension of time within which to submit the $89.08 initial partial payment. I will grant plaintiff's request and give him an extension of time until December 2, 2016, to submit his initial partial payment.

ORDER

IT IS ORDERED that,

1. Plaintiff Donta Jenkins may have an enlargement of time to December 2, 2016, in which to submit a check or money order made payable to the clerk in the amount of $89.08 as an initial partial payment of the $350 filing fee he owes in this case.

2. A copy of this order is being sent to the Business Office at Columbia Correctional Institution with a request that the required initial partial payment is sent to

this court. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff may pay the remainder from his release account.

      3.      If, by December 2, 2016, plaintiff fails to make the initial partial payment or show cause for his failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 9th day of November, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge