IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

    Plaintiff,

v.

SALAM SYED, TRISHA ANDERSON,
KRISTINE DEYOUNG, MELISSA
THORNE, DENISE VALERIUS, KERRY
NEWBURY, JAMIE GOHDE,
KATHLEEN WHALEN, NEAVER
WALTERS AND CANDACE WARNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-694-bbc

---

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/9/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |