APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A
DISTRICT COURT

United States District Court for the __Western__
District of __Wisconsin__
File Number __16-CV-694-bbc__

Donta Jenkins
▆▆▆ Plaintiff            ]
                         ]
    v.                   ]  Notice of Appeal    CASE NO 16-CV-694-bbc
Dr. Syed at. el.         ]
▆▆▆ Defendant's          ]

Notice is hereby given that __I Donta Jenkins__ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆,
▆▆▆▆ ▆▆▆▆▆▆ in the above named case,* hereby appeal to the United
States Court of Appeals for the __Seventh__ Circuit (from the final judgment) (from an
order (describing it)) entered in this action on the __9__ day of __November__ 20__18__
__granting Summary__
__Judgement Against m__

                                  pro se (s) __Donta Jenkins # 506847__

                                  ▆▆▆▆▆ __Waupun Correctional Institution__
                                         __P.O. Box 351__
                                  Address: __Waupun, WI 53963__

[**Note to inmate filers:** If you are an inmate confined in an institution and you
seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of
Inmate Filing) and file that declaration along with this Notice of Appeal.]

* See Rule 3(c) for permissible ways of identifying appellants.