IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

    Plaintiff,

v.

SALAM SYED, TRISHA ANDERSON,
KRISTINE DEYOUNG, MELISSA THORNE,
DENISE VALERIUS, KERRY NEWBURY,
JAMIE GOHDE, KATHLEEN WHALEN,
NEAVER WALTERS and CANDACE WARNER,

    Defendants.

ORDER

Appeal No. 18-3556
Case No. 16-cv-694-bbc

On December 7, 2018, the court entered an order allowing plaintiff Donta Jenkins leave to proceed *in forma pauperis* on appeal and assessing plaintiff initial partial payments of $20.25 for appeal no. 18-3556. Dkt. #82. On December 19, Jenkins filed a declaration that he is unable to pay the $20.25 initial partial payment assessed to him for filing the appeal. In support of his declaration, Jenkins also submitted a trust fund account statement covering from June 17, 2018 through December 17, 2018. Dkt. #86. Jenkins indicates in his declaration he currently has $10.43 in his release account funds and requests that the court assess him $10.00 as an initial partial payment for filing this appeal. After considering Jenkins declaration and updated trust fund account statement, the court will grant Jenkins' request and re-assess him $10.00 as an initial partial payment for filing this appeal.

ORDER

IT IS ORDERED that,

1. Plaintiff Donta Jenkins's request for the court to re-assess him $10.00 as an initial partial payment for filing this appeal is GRANTED.

2. Jenkins may have until January 14, 2019 to pay the $10.00 initial partial appeal fee payment. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

3. Jenkins is advised that if he fails to make the initial partial appeal fee payment as directed, the clerk's office will alert the Seventh Circuit, which may result in the dismissal of his appeal.

Entered this 28th day of December, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge